# EXHIBIT

# "E"

# CERTIFICATION OF PROGNOSIS

## Process for Recertification of a Prognosis of ≤ 6 Months

Physician should review patient with ID team. This review should include a discussion of the patient's current clinical and psychosocial status and the documentation to support the discussion that is on the hospice medical record.



Internal Use Only
VITAS Confidential and Proprietary Materials. © 1998 All rights reserved.
No duplication, use or disclosure without express written permission.





Professional Management of Care → Patient & Family Care Services

## Certification & Recertification

*WHO (will cover this with you):*   Team Manager Mentor, PCA or Medical Director

A hospice patient is certified as terminally ill when he/she has been given "a medical prognosis that his or her life expectancy is six months or less". The initial certification must be supplied by two physicians, one being the Medical Director of the hospice or a physician member of the interdisciplinary team and the second being the individual's attending physician. *(Please see the chapter on the Clinically Appropriate Patient.)*

The Medicare hospice benefit is divided into periods, two of 90 days each, with periods of 60 days duration ongoing from that time. Medicaid's (Medical's) hospice benefit now mirrors the Medicare benefit in each state. Recertification takes place prior to each benefit period. The hospice Medical Director or Team Physician is required to recertify the patient as terminally ill based on whether or not the patient continues to have a prognosis of six months or less. Unlike initial certification, only the hospice physician is required to recertify the patient, and at the time of each recertification, the question that must be answered remains the same:

*Is the prognosis of the patient 6 months or less?*

This is true whether the patient has been on a hospice program 90 days, 210 days, or longer.

### Recertification of Prognosis
In order to ensure that recertification decisions are made in a timely, efficient manner, and within the 48 hours of due date required by the Federal Regulations, the following procedural guidelines have been developed.

1. The Team Manager should identify patients that are due for recertification approximately **3 weeks** prior to the recertification date. The actual recertificiation needs to be completed no more than **5 calendar days prior** to the end of the certification period and no later than **2 days after.**

2. Recertification of these patients should be discussed at team meeting.

3. If all members of the team, including the VITAS physician, believe that the patient should be recertified, then the VITAS physician will complete the physician recertification note.



**Professional Management of Care → Patient & Family Care Services**

4. If there is a question regarding the prognosis of the patient, the VITAS physician should play an active role in recommending the appropriate steps to determine whether the prognosis of the patient has changed. This may require diagnostic studies, a VITAS physician visit, and/or a conversation with the attending physician.

5. After the evaluation is completed and prior to the recertification date, a determination of patient prognosis is made. If the patient still has a prognosis of 6 months or less, they are recertified as described in step three.

6. If the team believes that the patient now has an extended prognosis, the team, after appropriate conversations with the patient, the family, and the attending physician, should arrange to discharge the patient with an extended prognosis, ensuring that substitute support services are provided for the patient and family.

## Physician Recertification Note

The Physician Recertification Note is designed to standardize documentation that supports patient eligibility for the Medicare Hospice benefit at the time of re-certification. It is completed at the time the re-certification process at the team level occurs (usually about one week prior to the end of the current benefit period). The information required for completing the note is available from multiple sources including, but not limited to:

- *Physician Certification Note*
- *Admission Initial Assessment ID Note.*
- *Nursing Assessment*
- *Psychosocial Assessment*
- *Spiritual Assessment*
- Ongoing nursing assessments (notes)
- ID Care Plans
- Ongoing psychosocial / spiritual assessments (notes)
- Medical records
- Discussion with attending physician
- VITAS physician visit (which requires separate documentation)
- Requested laboratory or diagnostic studies

**VITAS®**

**Team Manager Compass Guide**

ENSURING SERVICE EFFECTIVENESS℠

Internal Use Only
VITAS Confidential and Proprietary Materials. All rights reserved.



The Physician Recertification Note addresses (but is not limited to) the following:

- Physical Symptoms:
    - → Pain
    - → Shortness of breath
    - → Chest Pain
    - → NYHA Status
    - → Functional Status
    - → Weight
    - → Appetite
    - → Recent Infection / Risk of Infection
    - → Skin Integrity
    - → Level of Consciousness
    - → Other physical symptoms or changes underlying disease process

- Psychosocial Symptoms

- Other documentation supporting terminal illness (frequency of visits, labs, diagnostic studies)

As a Team Manager, it is important that you be aware of the specific processes which must be completed as part of the recertification process as you directly supervise not only this procedure but the Team Physician as well. It is your responsibility to see that the Team Physician takes the lead in facilitating this process and completes those duties which are a part of his/her role as the Team Physician.

In working with physicians who dictate their recertification notes, the format of the VITAS Physician Recertification Note must be followed. If a patient's prognosis is uncertain after initial review, a follow-up note documenting consultation with the Medical Director &/or the Certifying Physician (as is required on the hand written Recertification Note) must either be written or dictated with the appropriate statement of prognosis included at the notes conclusion.

## WHERE:

Attached are copies of the VITAS Certification of Prognosis Forms, which include

- **Certification of Prognosis:**
    - How to Use Guidelines for Determining Prognosis: Certification
    - How to Use Guidelines for Determining Prognosis: Re-certification
    - Some factors to consider in Re-certification Evaluation

**VITAS®**



**Professional Management of Care → Patient & Family Care Services**

- Certification of Prognosis Flowcharts:
    - Admission Process
    - Process for Re-certification of a prognosis of ≤ 6 months

## Vx has reports that help you mange both initial certification & recertification.

Critical Vitals

Certification:

| | | |
|---|---|---|
| # 6321 | Medicaid Patient Certification Status by Admit | Run Daily |
| # 7131 | Medicare Patients Missing Written Certification | Run Daily or Review Compass |

Recertification

| | | |
|---|---|---|
| # 4886 | Patient Recertification | Do Weekly |

Compass Alarms: Certification

| Category | Contents |
|---|---|
| Attending MD Certification | 1. Admit Patient's Attending Certification |
| | 2. Pending Patient Attending MD Certification |
| Hospice MD Certification | 1. Admit Patients Hospice MD Certification |
| Team Management | 1. Admit Patients Hospice MD Certification |

*WINK:*

☑ *Run one of each of the reports outlined (# 6321, 7131 & 4886). Review these reports with your Team Manager Mentor / PCA identifying the key features. Discuss the process for obtaining the missing information.*

☑ *Review with the Medical Director or PCA the Physician Recertification Note discussing each of the areas outlined.*

☑ *Discuss with the Medical Director or PCA some of the inherent challenges within the certification / recertification process and identify solutions to limit them.*

**Team Manager Compass Guide**
Internal Use Only
VITAS Confidential and Proprietary Materials. All rights reserved.
No duplication, use or disclosure without express written permission

**VITAS®**
ENSURING SERVICE EFFECTIVENESS℠



**Professional Management of Care → Patient & Family Care Services**

- ☑ *Spend time role playing with the PCA / Team Manager Mentor the certification and recertification process and the discussions which are a part of these processes including appropriate admissions, revocations, and discharges for extended prognosis.*

- ☑ *Review three patients up for recertification with the team. Utilize the Team Physician to help you facilitate this process. Write up for review by the Team Manager Mentor / PCA whether on not each patient remains hospice appropriate or not. Include three examples supporting your decision on each case.*

- ☑ ***Educational Tip: Certification and Recertification of Terminal Prognosis***
  *It is your responsibility to know regarding Initial Certification that:*
  - *Verbal certification from the hospice physician must be obtained within 2 days.*
  - *Attending physician certification is required within 2 days.*
  - *Record the verbal hospice physician order in the Initial Certification*

Internal Use Only
VITAS Confidential and Proprietary Materials. All rights reserved.
No duplication, use or disclosure without express written permission.

# CERTIFICATION OF PROGNOSIS

## How to Use Guidelines for Determining Prognosis

FOR EVALUATING PATIENTS FOR RECERTIFICATION OF TERMINAL PROGNOSIS AT 90, 180, AND 240 DAYS (OR MORE) FOLLOWING ADMISSION:

*Use of NHO Guidelines is not optional.*

1. The Team Manager should identify patients that are due for recertification approximately 3 weeks prior to the date of recertification.

2. Recertification of these patients should be discussed at team meeting. The NHO Guidelines should be used to help identify various criteria that confirm that the patient's prognosis continues to be ≤ 6 months if the disease runs its normal course.

3. In addition to the objective indicators of prognosis as defined by the NHO Guidelines, psychosocial factors that impact prognosis and patient/family desires regarding aggressive vs. palliative care should be considered in the decision-making process.

4. If all members of the team, including the Vitas Physician, believe that the patient should be recertified, the Vitas physician should:

   a. document on the Physician's Recertification Note the requested information, plus any additional factors, that allow him/her to arrive at the clinical judgement that the patient continues to have a prognosis of < 6 months if the illness runs its normal course.

   b. In the "Statement of Prognosis" section of the Physician's Recertification Note the physician should:

      1. Check the statement indicating that the patient is to be recertified.

      2. In the blank space next to the word "beginning", fill in the date that the next benefit period will begin.

      3. Sign the statement and date the signature with the date actually signed, in the appropriate spaces.

   c. The note should be written, signed and dated from 5 days before to no more than 2 days after beginning of the next benefit period.

Internal Use Only
VITAS Confidential and Proprietary Materials. © 1998 All rights reserved.
No duplication, use or disclosure without express written permission.

VITAS

# CERTIFICATION OF PROGNOSIS

SOME FACTORS TO CONSIDER IN RECERTIFICATION EVALUATION INCLUDE:

- For cancer patients — Recognize that tumor growth rates differ from patient to patient. Patients with neoplasms with longer doubling times will seem to do better than those with rapid doubling times, yet both remain appropriate for recertification, providing there is evidence of tumor progression.

- In the recertification process, diagnostic tests, such as tumor markers, X-rays, and scans, may prove helpful in detecting progression of the terminal disease process, especially when the clinical course appears stable. Since the results of these studies will have a direct impact on the decision whether to recertify the patient, the performance of such studies are very much in keeping with the principles of palliative medicine.

- Recognize that patients who have good symptom control may feel better and seem to improve. If the underlying terminal illness still exists, however, the prognosis should be the same, and the patient should be recertified.

- Patient and family wishes need to be considered. If the patient's terminal illness may not appear to be progressing due to good symptom management, and the patient and family still desire a palliative approach to care, then the patient should be recertified.

- If the patient's terminal illness does not appear to be progressing, the availability of alternative support systems should be part of the decision-making process. If it is clear that, without VITAS' support, a patient's clinical condition would deteriorate to the point where the patient will be quickly eligible for readmission to VITAS, these circumstances should be considered.

- Attending physicians may request discharge for extended prognosis, especially when the patient has already been on the hospice program for several months. This is often due to the misconception that after surviving six months, the patient is, by definition, no longer hospice eligible. If the patient, after recertification evaluation, is determined to still have a prognosis of ≤ 6 months if the disease runs its normal course, the patient should be recertified and remain on the VITAS program, and the VITAS physician should discuss this with the attending physician.

Internal Use Only
VITAS Confidential and Proprietary Materials. © 1998 All rights reserved.
No duplication, use or disclosure without express written permission.

VITAS'

# CERTIFICATION OF PROGNOSIS

5. If there is any question regarding the prognosis of the patient, the VITAS physician MUST:

    a. Visit the patient prior to making a final determination and appropriately document the visit.

    b. After the visit, speak with the attending physician, especially when the attending physician is actively involved.

    c. Consider ordering any laboratory or radiologic studies, especially those suggested by the NHO Guidelines, that would be helpful in confirming the prognosis.

6. After the evaluation in step #5 is completed and prior to the recertification date, if all involved concur that the patient has a prognosis of ≤ 6 months if the disease runs its normal course, the patient is to be recertified as described in step #4.

7. After the evaluation is completed in step #5 and prior to the recertification date, if it is still unclear as to whether the patient has a prognosis of ≤ 6 months:

    a. document on the Physician's Recertification Note the requested information, plus any additional information that has been obtained that would be useful in helping to determine the patient's prognosis.

    b. in the "Statement of Prognosis" section of the Physician's Recertification Note:

        1. Check the statement indicating that the patient's prognosis is uncertain.

        2. Sign the statement and date the signature with the date actually signed, in the appropriate spaces.

8. The Vitas physician and the Team Manager should consult with the Medical Director (as well as other members of the Senior management team) regarding the patient's prognosis.

    a. The results of the consultation with the Medical Director should be documented in the appropriate section of the Physician's Recertification Note.

    b. If the patient's prognosis has been determined to be ≤ 6 months, the Vitas physician should:

        1. Be sure to include in the Medical Director consult note any additional information that contributed to the decision to confirm that the patient has a prognosis of ≤ 6 months if the illness runs its normal course.

        2. Check the statement indicating that the patient is to be recertified that appears under the section "Consultation with the Medical Director."

        3. In the blank space next to the word "beginning", fill in the date that the next benefit period will begin.

        4. Sign the statement and date the signature with the date actually signed, in the appropriate spaces.

    c. The note should be completed, signed and dated from 5 days before to no more then 2 days after the beginning of the next benefit period.

Internal Use Only
VITAS Confidential and Proprietary Materials. © 1998 All rights reserved.
No duplication, use or disclosure without express written permission.

VITAS

**CERTIFICATION OF PROGNOSIS**

9. If the patient's prognosis is still uncertain, consultation must be obtained with Dr. JR Williams or Dr. Barry Kinzbrunner at the corporate office.

   a. The results of the consultation with Dr. Williams or Dr. Kinzbrunner should be documented in the appropriate section of the Physician's Recertification Note.

   b. If the patient's prognosis has been determined to be ≤ 6 months, be sure to include in the consultation note any additional information that contributed to the decision to confirm that the patient has a prognosis of ≤ 6 months if the illness runs its normal course. The Vitas physician should recertify the patient as outlined in 8b above.

10. If the patient's prognosis is determined to be > 6 months:

    a. Be sure to include in the Medical Director's consultation note the reasons for concluding that the patient has an extended prognosis.
    b. In the "Statement of Prognosis" section of the Physician's Recertification Note, the physician should:
       1. Check the statement indicating that the patient has an extended prognosis
       2. Sign the statement and date the signature with the date actually signed, in the appropriate spaces
    c. Discharge from the hospice program, after ensuring that appropriate discharge planning and arrangements for alternative care are completed prior to discharge.

Internal Use Only
VITAS Confidential and Proprietary Materials. © 1998 All rights reserved.
No duplication, use or disclosure without express written permission.

VITAS'