# EXHIBIT

## "F"

# VITAS®

## Physician Recertification Note

Side 1 of 2

PATIENT NAME: _____ MR # _____ DATE OF ADMISSION: _____

PRIMARY DIAGNOSIS: _____

OTHER DIAGNOSES OR CO-MORBID CONDITIONS: _____

DATE OF CURRENT BENEFIT PERIOD: _____

DATE RECERTIFICATION DUE: _____

## SUMMARY OF COURSE DURING CURRENT BENEFIT PERIOD

### Physical Symptoms

Pain:   Location _____ Severity Score _____ Change During Period: _____

Interventions & Outcomes: _____

Shortness of Breath:          ☐ At Rest          ☐ w/ Min. Exertion          Change During Period: _____

Interventions & Outcomes: _____

Chest Pain:          ☐ At Rest          ☐ w/ Min. Exertion          Change During Period: _____

Interventions & Outcomes: _____

NYHA Class: _____

Functional Status:     PPS or ADL Score: _____ Change During Period: _____

Weight, BMI or MMA: _____ Change During Period: _____
     If MMA used, state why weight or BMI could not be obtained:
_____

Recent Infections or Risk of Infection: _____

Skin Integrity: _____ Change During Period: _____

Interventions & Outcomes: _____

Level of Consciousness: _____ Change During Period: _____

Other Physical Symptoms: _____

Psychosocial Symptoms: _____

Other Documentation Supporting Terminal Prognosis (i.e. frequency of visits, laboratory and diagnostic studies, etc.)
_____

Inpatient Care:     Dates: _____ Facility: _____

Indications: _____

Continuous Care:     Dates: _____ Indications: _____

© 1996 VITAS Healthcare Corporation.
VITAS; In Florida at the corporate office, VITAS Healthcare Corporation; in south Florida programs, VITAS Healthcare Corporation of Florida, a subsidiary of VITAS Healthcare Corporation; in central Florida, VITAS Healthcare Corporation of Central Florida, a subsidiary of VITAS Healthcare Corporation; in Ohio, VITAS Healthcare Corporation of Ohio, a subsidiary of VITAS Healthcare Corporation; in Pennsylvania, VITAS Healthcare Corporation of Pennsylvania, a subsidiary of VITAS Healthcare Corporation; in Illinois, VITAS Healthcare Corporation of Illinois, a subsidiary of VITAS Corporation, in Texas and Wisconsin, VITAS Healthcare Corporation; in California, VITAS Healthcare Corporation of California, a subsidiary of VITAS Healthcare Corporation.

# Physician Recertification Note

## STATEMENT OF PROGNOSIS

❑ Based upon the above, it is my clinical judgement that the patient, _____ ,

*(name)*

remains terminally ill with a prognosis of six months or less if the illness runs its normal course, and; therefore, is recertified for the benefit

period beginning _____ .

_____      _____

(Signature of Certifying Physician)                         (Date of Signature)

❑ Based upon the above, the patient's prognosis is uncertain, and consultation will be obtained with the Medical Director.

_____      _____

(Signature of Certifying Physician)                         (Date of Signature)

## CONSULTATION WITH MEDICAL DIRECTOR

Results of Consultation _____

_____

_____

_____

After consultation with the Medical Director, it is my clinical judgement that the patient, _____ ,

*(name)*

remains terminally ill with a prognosis of six months or less if the illness runs its normal course, and; therefore, is recertified for the benefit

period beginning _____ .

_____      _____

(Signature of Certifying Physician)                         (Date of Signature)

After consultation with the Medical Director, it is my clinical judgement that the patient, _____ ,

*(name)*

has a prognosis greater than six months, and will be discharged from the hospice program after appropriate discharge planning.

_____      _____

(Signature of Certifying Physician)                         (Date of Signature)